# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# WESTERN DIVISION

| | |
|---|---|
| **TYLER WATTS**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**DRT LLC**,<br><br>        Defendant. | Civil Action No. 1:25-cv-00013-RGE-HCA |
| **TERRY CLARK**, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>**DRT LLC**,<br><br>       Defendant. | Civil Action No. 1:25-cv-00014-SMR-WPK |
| **MARK MOORE**, individually and on behalf of all others similarly situated,<br><br>       Plaintiff,<br><br>v.<br><br>**DRT LLC,**<br><br>       Defendant. | Civil Action No. 1:25-cv-00016-RGE-HCA |

**PLAINTIFFS' UNOPPOSED MOTION
TO CONSOLIDATE RELATED CASES AND APPOINT INTERIM CLASS COUNSEL**

Plaintiffs Tyler Watts, Terry Clark, and Mark Moore (collectively, "Plaintiffs"), on behalf of themselves and on behalf of all others similarly situated (the "Class" or "Class Members"), respectfully move pursuant to Federal Rule of Civil Procedure 42(a) for an order consolidating the above-captioned

matters (collectively, the "Related Actions"), and all other actions (now and in the future) naming DRT LLC ( "Defendant") as a defendant that arise from the data breach Defendant experienced on or around May 29, 2025. Additionally, Plaintiffs respectfully move under Federal Rule of Civil Procedure 23(g) for an order appointing Leanna A. Loginov of Shamis & Gentile, P.A. and Kennedy M. Brian of Federman & Sherwood as interim co-lead class counsel.

This Motion is based on the accompanying Memorandum of Law, the exhibits attached thereto, any argument presented to the Court, and all matters of which the Court may take judicial notice. Pursuant to Local Civil Rule 7(k), Plaintiffs' Counsel conferred with Counsel for DRT regarding this Motion and Memorandum of Law in Support. DRT does not oppose consolidation and takes no position on the appointment of interim class counsel.

DATED:  August 7, 2025

Respectfully submitted,

*/s/ J. Barton Goplerud*
J. Barton Goplerud, AT0002983
Brian O. Marty, AT0011622
**SHINDLER ANDERSON GOPLERUD & WEESE P.C.**
5015 Grand Ridge Drive, Suite 100
West Des Moines, Iowa 50265-5749
Telephone: (515) 223-4567
Facsimile: (515) 223-8887
Email: goplerud@sagwlaw.com

Leanna A. Loginov
(*pro hac vice* forthcoming)
**SHAMIS AND GENTILE PA**
14 N.E. 1st Ave Suite 705
Miami, FL 33132
T: 305-479-2299
F: 786-623-0915
E: lloginov@shamisgentile.com

Kennedy M. Brian
(*pro hac vice* forthcoming)
William B. Federman
(*pro hac vice* forthcoming)

**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E: wbf@federmanlaw.com
E: kpb@federmanlaw.com

Leigh S. Montgomery
(*pro hac vice* forthcoming)
E: lmontgomery@eksm.com
Service only: service@eksm.com
**EKSM, LLP**
4200 Montrose Blvd. Ste 200
Houston, Texas 77006
Phone: (888) 350-3931

*Counsel for Plaintiffs and the Putative Class*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 7, 2025, the foregoing was filed electronically with the Clerk of Court using the CM/ECF System and was thereby served on all counsel of record.

*/s/ J. Barton Goplerud*
J. Barton Goplerud, AT0002983