# EXHIBIT 2



# FEDERMAN & SHERWOOD
LAW FIRM

**Oklahoma Office**
10205 N Pennsylvania Avenue
Oklahoma City, OK 73120

**Texas Office**
4131 N Central Expressway, Ste 900
Dallas, TX 75204

Toll-Free: 800-237-1277
Phone: 405-235-1560
Website: <u>federmanlaw.com</u>



# FEDERMAN & SHERWOOD

## LAW FIRM

## CONTACT

📍 Oklahoma Office

📍 Texas Office

🌐 [federmanlaw.com](federmanlaw.com)

📞 1-800-237-1277

## PRACTICE AREAS

Data Breach Litigation
Class Action Litigation
Securities Litigation
Shareholder Derivative
Complex Litigation
Business Litigation

## ATTORNEYS

William B. Federman
Sara E. Collier
Kennedy M. Brian
Jessica A. Wilkes
Tanner R. Hilton
Alex J. Ephraim
Jonathan J. Herrera



## ABOUT THE FIRM

With offices in Oklahoma City, Oklahoma and Dallas, Texas, Federman & Sherwood is an experienced top-tier law firm focused on the complex litigation needs of individuals, consumers, shareholders, and businesses. Federman & Sherwood is a recognized leader in the fields of data privacy litigation, securities litigation, derivative (shareholder) litigation, and consumer class actions. We represent clients in federal and state courts, as well as mediations and arbitrations throughout the nation.

Federman & Sherwood is a diverse group of professionals who collaborate, are proud of the work they do and the clients they represent. Over decades, Federman & Sherwood, under the guidance of founder Bill Federman, has demonstrated a depth and breadth of experience and strength by representing individuals against some of the world's most powerful companies and largest law firms.

We are a personal firm with a national impact.

We pledge to maintain the highest degree of integrity and personal service that any client would want and deserve from their counsel and their firm.

# SELECT SIGNIFICANT CASES


## DATA PRIVACY LITIGATION

- *Salinas v. Block, Inc. and Cash App Investing, LLC*, No. 3:22-cv-04823 (N.D. Cal.)
- *In re Solara Med. Supplies, LLC Customer Data Sec. Breach Litigation*, 613 F. Supp. 3d 1284 (S.D. Cal. 2020).
- *In re: Orrick, Herrington, & Sutcliffe, LLP Data Breach Litigation*, No. 3:23-cv-04089 (N.D. Cal.).
- *Bointy v. Integris Health, Inc.*, No. CJ-2025-7235 (District Court of Oklahoma County, Oklahoma).
- *In re: Mednax Services, Inc. Data Security Breach Litigation*, No. 0:21-md-02994 (S.D. Fla.).
- *M.S. v. Med-Data, Inc.*, No. 4:22-cv-187 (S.D. Tex.).
- *Sanders v. Ibex Global Solutions, Inc.*, No. 1:22-cv-00591 (D.C.).
- *Okonski v. Progressive Casualty Insurance Company*, No. 1:23-cv-01548 (N.D. Ohio).
- *Turner v. Johns Hopkins Health System Corporation*, No. 24-c-23-002983 (Circuit Court of Baltimore City, Maryland).
- *In re: Bryan Cave Leighton Paisner, LLP Data Breach Litigation*, No. 1:23-cv-04249 (N.D. Ill.).
- *Meyers v. BHI Energy Services, LLC*, No. 1:23-cv-12513 (D. Mass.).
- *In re Snap Finance Data Breach Litig.*, No. 2:22-cv-00761-TS-JCB (D. Utah).
- *In re Communication Federal Credit Union Data Breach Litigation*, No. CJ-2024-5388 (District Court of Oklahoma County, Oklahoma).
- *In re: Physician's Business Office Data Incident Litigation*, No. CC-54-2022-C-252 (Wood County Circuit Court of West Virginia).
- *Lochridge v. Quality Temporary Services., Inc.*, No. 22-CV-12086, 2023 WL 4303577 (E.D. Mich).
- *Ebert v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.).
- *Johnson v. Paycom Payroll, LLC*, No. CJ-2023-4763 (District Court of Oklahoma County, Oklahoma).
- *Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098 (D. Ariz.).

## SECURITIES LITIGATION

- *Gill et al. v. Bluebird Bio, Inc.*, No.1:24-cv-10803 (D. Mass.).
- *In re Galena Biopharma, Inc. Securities Litigation*, No. 2:17-cv-00929 (D.N.J.).
- *Carbone et al. V. Amyris, Inc.*, No. 19-cv-1765 (N.D. Cal.).
- *Angley et al. V. UTI Worldwide.*, No. 2:14-cv-02066 (C.D. Cal.).
- *Loritz v. Exide*, No. 2:13-cv-02607 (C.D. Cal.).
- *In re Houston American Energy Corp. Securities Litigation*, No. 4:12-cv-01332 (S.D. Tex.).
- *Nakkhumpun v. Daniel J. Taylor*, 782 F.3d 1142 (10th Cir. 2015) (Delta Petroleum Corporation Securities Litigation).
- *Spitzberg v. Houston American Energy Corp.*, 758 F.3d 676 (5th Cir. 2014).
- *In re Ener1 Securities Litig.*, No. 11-cv-05794-PAC (S.D.N.Y.).

# SELECT SIGNIFICANT CASES

## ⚖️ DERIVATIVE LITIGATION

- *In Re: Icahn Enterprises, L.P. Derivative Litigation*, No. 1:23-CV-22932 (S.D. Fla.).
- *In Re: Super Micro Computer, Inc. Derivative Litigation*, No. 5:24-cv-06410 (N.D. Cal.).
- *In Re: Archer-Daniels-Midland Company Derivative Litigation*, No. 1:24-cv-00506 (D. Del.).
- *Robison v. Digital Turbine, Inc., William Stone, and Barrett Garrison*, No. 1:22-CV-00550 (W.D. Tex.).
- *Newkirk v. Kelly*, No. 3:23-cv-01339 (N.D. Tex.).
- *In Re: Cell Therapeutics, Inc. Derivative Litigation*, No. C10-564 (W.D. Wash.).
- *The Booth Family Trust v. Michael S. Jeffries*, No. 2:05-cv-0860 (S.D. Ohio) (Abercrombie & Fitch Derivative Litigation).

## 👥 CONSUMER LITIGATION

- *In re: Samsung Top-Load Washing Machine Marketing, Sales Practices and Product Liability Litigation*, No. 17-mdl-2792 (W.D. Okla.).
- *Patellos v. Hello Products, LLC*, No. 1:19-cv-09577 (S.D.N.Y.).



# KENNEDY M. BRIAN
## ATTORNEY

## CONTACT

kpb@federmanlaw.com
vCard
Phone: 405-235-1560
Website: federmanlaw.com

## EDUCATION

- University of Central Oklahoma (B.M. in Musical Theatre, Minor in Real Estate Finance).
- University of Oklahoma College of Law (J.D., 2021).

## MEMBERSHIPS

- Oklahoma Bar Association
- Oklahoma County Bar Association
- Federal Bar Association
- American Association for Justice
- Alpha Xi Delta, Alumni

## AWARDS & HONORS

- Academic Achievement Award, Trial Techniques, University of Oklahoma Colleg of Law.
- Distinuished Speaker, 1L Moot Court Competition, University of Oklahoma College of Law.
- American Indian Law Review, Member, University of Oklahoma College of Law

## ABOUT

Ms. Brian is a rising star in the data privacy litigation sector who practices in state and federal courts across the nation. By virtue of her unmatched work ethic, Ms. Brian has played a pivotal role in obtaining favorable decisions for data breach victims throughout the United States. Ms. Brian has successfully worked on dozens of data privacy cases and has served in various leadership positions on state court cases, federal court cases, and multi-district litigation. Ms. Brian is recognized as a knowledgeable attorney in the data privacy litigation sector and often speaks on data privacy topics at conferences across the nation. Prior to joining Federman & Sherwood, Ms. Brian was a trusts and estates attorney where she helped clients manage multi-million-dollar estates.

When Ms. Brian is not advocating for her clients, she can be found spending time with her four dogs, her husband, or volunteering with the Junior League of Oklahoma City.

## COURTS ADMITTED

- Oklahoma
- United States District Court for the Northern District of Oklahoma
- United States District Court for the Western District of Oklahoma
- United States District Court for the Eastern District of Oklahoma
- United States District Court for the Northern District of Texas
- United States District Court for the Western District of Texas
- United States District Court for the Eastern District of Texas
- United States District Court for the Southern District of Texas
- United States District Court for the District of Colorado
- United States District Court for the District of Nebraska

## LEADERSHIP APPOINTMENTS

- *In re: Change Healthcare, Inc. Customer Data Security Breach Litig.*, No. 0:24-md-03108 (D. Minn.) (Patient Track Steering Committee) (Multidistrict Litigation).
- *In re: Furniture Mart USA, Inc. Data Breach Litigation*, No. 4:25-cv-04021 (D.S.D.) (Interim Co-Lead Class Counsel).
- *In re Great Plains Regional Medical Center Data Breach Litigation*, No. 5:24-cv-01337 (W.D. Okla.) (Interim Co-Lead Class Counsel).
- *Burge v. Mason Construction, LLC,* No. 24-DC-CV-2053 (Interim Co-Lead Class Counsel).
- *In re: ABC Legal Services Data Security Litigation*, No. 2:24-cv-02092 (W.D. Wash.) (Interim Co-Lead Class Counsel).
- *Johnsen v. American Water Works Company, Inc.*, No. 1:24-cv-09752 (D.N.J.) (Plaintiffs' Executive Committee).
- *In re: Carruth Compliance Consulting, Inc. Data Security Incident*, No. 2:25-cv-00119 (D. Ore.) (Co-Lead Class Counsel).
- *Ebert, et al. v. PRGX Global, Inc.*, No. 1:23-cv-04233 (N.D. Ga.) (Settlement Class Counsel).
- *Johnson, et al. v. Paycom Payroll, LLC*, No. CJ-2023-4763 (District Court of Oklahoma County, Oklahoma) (Settlement Class Counsel).
- *Davila v. New Enchantment Group, LLC*, No. 2:23-cv-01098 (D. Ariz.) (Settlement Class Counsel).